# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN ODELL LANGFORD,
Appellant,

vs.

C/O SMITH; RENEE BAKER;
CASEWORKER LEFLEUR; C. POTTER;
P. DELORTO; J. BORROWMAN; D.
BAZE; AND T. CARPENTER,
Respondents.

No. 82071

FILED

NOV 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the district court's "verbal order of denial of default judgment . . . ." Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Review of the documents before this court reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No appeal lies from the district court's verbal order. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) ("[O]nly a written judgment may be appealed."). Additionally, no statute or court rule provides for an appeal from the district court's denial of default judgment. Thus, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-42887

cc: Hon. Jim C. Shirley, District Judge
Justin Odell Langford
Attorney General/Carson City
Clerk of the Court/Court Administrator